**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CAR-FRESHNER CORP., et al.,      )
                     )
           Plaintiff(s),    )     Case No. 2:14-cv-01471-RFB-NJK
                     )
vs.                    )
                     )     ORDER
VICTORY— 2000 EOOD, et al.,    )
                     )     (Docket No. 21)
          Defendant(s).   )
_____)

      Pending before the Court is Plaintiffs' *ex-parte* motion filed on January 8, 2015. Docket No. 21. Pursuant to Local Rule 7-5(b), all *ex-parte* motions "shall contain a statement of good cause why the matter was submitted to the Court without notice to all parties." Plaintiffs represent that good causes exists because "Defendant, a corporation domesticated in Bulgaria, has not appeared in this action through licensed Nevada counsel and Defendant cannot appear in this action in proper persona." Docket No. 21, at 2. Upon review, the Court finds that Plaintiffs did not establish good cause for filing the motion *ex-parte*.

      Accordingly,

      **IT IS HEREBY ORDERED** that the Clerk of the Court shall remove the *ex parte* designation from Plaintiffs' motion (Docket No. 21) and serve it on Defendant.

      **IT IS FURTHER ORDERED** that a response to Plaintiffs' motion to stay (Docket No. 21) shall be filed no later than January 16, 2015, and any reply shall be filed no later than January 20, 2015.

      DATED: January 9, 2015

                                       _____
                                       NANCY J. KOPPE
                                       United States Magistrate Judge