UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CAR-FRESHNER CORPORATION and JULIUS SAMANN LTD., <br><br> Plaintiffs, <br><br> v. <br><br> VICTORY — 2000 EOOD; VALID, LLC; and VALENTIN RAYTCHEV, <br><br> Defendants. | Case No. 2:14-cv-01471-RFB-NJK <br><br> **ORDER** |

This case is before the Court on a Motion for Default Judgment filed by Plaintiffs Car-Freshner Corporation and Julius Samann Ltd. on November 30, 2015. ECF No. 35. Defendants Valid, LLC and Valentin Raytchev did not respond to the motion and have not appeared in this action despite being served with a copy of the Summons and Complaint on September 17, 2014. See ECF Nos. 7, 8. The Clerk subsequently entered default against these Defendants on October 16, 2014 and October 22, 2014. See ECF Nos. 10, 33.

Under Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Although there is a strong policy underlying the Federal Rules of Civil Procedure that favors deciding cases on their merits, the Court finds that Plaintiffs would be prejudiced in their ability to seek relief absent a default judgment against Oasis.

Therefore, **IT IS ORDERED** that Plaintiffs' Motion for Default Judgment (ECF No. 35) is GRANTED. The Clerk of Court is instructed to enter judgment in favor of Plaintiffs and against Defendants.

**DATED**: July 8, 2016.

_____

**RICHARD F. BOULWARE, II**
**United States District Judge**